IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| POWERBLOCK HOLDINGS, INC., *Plaintiff*, v. TZUMI ELECTRONICS LLC, *Defendant*. | Case No. 1:22−cv−07296−VSB **STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED between the undersigned counsel for Plaintiff and Defendant, that Defendant's time to answer or otherwise respond to the Complaint is extended for sixty (60) days, up to and including November 21, 2022. The deadline to answer or otherwise respond to the Complaint for Defendant Tzumi Electronics LLC is currently September 21, 2022. This is the first request for an extension.

IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be executed in counterparts with email, PDF or facsimile signatures treated as originals.

Dated: New York, New York
      September 21, 2022

| | |
|---|---|
| MERCHANT & GOULD P.C. | PEARL COHEN ZEDEK LATZER BARATZ LLP |
| By: /s/ Peter A. Gergely <br> Peter A. Gergely (NY Bar # 5671458) <br> 500 Fifth Avenue, Suite 4100 <br> New York, NY 10110 <br> Telephone: (212) 223-6520 <br> E-mail: pgergely@merchantgould.com <br> Thomas J. Leach* <br> Michael A. Erbele* <br> Taylor R. Stemler* <br> MERCHANT & GOULD P.C. <br> 150 South Fifth Street, Suite 2200 <br> Minneapolis, MN 55402 <br> Telephone: (612) 332-5300 <br> E-mail: tleach@merchantgould.com <br> E-mail: merbele@merchantgould.com <br> E-mail: tstemler@merchantgould.com <br><br> *Attorneys for Plaintiff PowerBlock Holdings, Inc.* <br> * To be admitted pro hac vice | By:   /s/ Guy Yonay <br> Guy Yonay (GY-3028) <br> 7 Times Square, 19th Floor <br> New York, NY 10036 <br> Tel: (646) 878-0800 <br> Fax: (646) 878-0801 <br> Email: GYonay@PearlCohen.com <br><br> *Attorneys for Defendant Tzumi Electronics LLC* |

**SO ORDERED**: _____, U.S.D.J.