**APPLICATION GRANTED**
**SO ORDERED** *Vernon Bro*
**VERNON S. BRODERICK**
**U.S.D.J.** 2/7/2023

Zedek Latzer Baratz LLP
| GYonay@PearlCohen.com | (646) 878 - 0800

February 6, 2023

I previously indicated that I would not grant any further extensions.
(Doc. 16.)   Accordingly, I am hesitant to grant yet another and do so
only on the basis of counsels' joint representation that this will be the
last such request.  Any further requests for extensions shall (1) abide
by Rule 1.G of my Individual Rules on seeking extensions; and (2) be
supported by declarations from both parties' counsel explaining why
the parties have been unable to adhere to their promised timetables.

**RE: PowerBlock Holdings, Inc. v. Tzumi Electronics LLC, Case No. 1-22-cv-07296**
**Letter Motion Requesting Extension of Time to Answer**

Dear Judge Broderick:

As counsel for Defendant Tzumi Electronics LLC in this matter, we are writing jointly
with counsel for Plaintiff PowerBlock Holdings, Inc. to update the Court that we are nearing a
final written draft of the settlement in principle we have reached in this matter.  Accordingly, we
are jointly requesting a 7-day extension of the deadlines to answer the complaint in order to
allow the parties time to execute the final settlement agreement.

Specifically, we are requesting that Tzumi's time to answer or otherwise respond to the
Complaint be extended by seven (7) days, from today (February 6, 2023) up to and including
February 13, 2023.  There have been three previous extensions granted for this deadline.  A prior
extension for thirty (30) days was granted on January 5, 2023; an extension of sixty (60) days
was granted on September 22, 2022; and a previous extension for forty-five (45) days was
granted on November 21, 2022.

We are cognizant of the Court's admonition in the prior order granting an extension that
it did not anticipate granting further extensions in this matter, and commit to having the
settlement finalized without the need for further extensions.

Sincerely,

Guy Yonay

BOSTON ● NEW YORK ● LOS ANGELES