UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO. 22-cv-7296

POWERBLOCK HOLDINGS, INC.,

   Plaintiff,                                    **JURY TRIAL DEMANDED**

v.

TZUMI ELECTRONICS LLC,

   Defendant.

## NOTICE OF DISMISSAL

Plaintiff, PowerBlock Holdings, Inc., hereby provides notice to this Court that it dismisses this pending action against Defendant Tzumi Electronics LLC under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure with prejudice. Defendant has not filed an answer or a motion for summary judgment. Each party is responsible for its own attorneys' fees and costs.

Dated this 10th day of February, 2023.        Respectfully submitted,

                                                                 By: /s/ Peter A. Gergely
                                                                 Peter A. Gergely (NY Bar # 5671458)
                                                                 MERCHANT & GOULD P.C.
                                                                 500 Fifth Avenue, Suite 4100
                                                                 New York, NY 10110
                                                                 Telephone: (212) 223-6520
                                                                 Facsimile: (612) 332-9081
                                                                 E-mail: pgergely@merchantgould.com

                                                                 Thomas J. Leach*
                                                                 Michael A. Erbele*
                                                                Taylor R. Stemler*
                                                                MERCHANT & GOULD P.C.
                                                                150 South Fifth Street, Suite 2200
                                                                Minneapolis, MN 55402
                                                                Telephone: (612) 332-5300

Facsimile: (612) 332-9081  
E-mail: tleach@merchantgould.com  
E-mail: merbele@merchantgould.com  
E-mail: tstemler@merchantgould.com  

**Attorneys for Plaintiff PowerBlock Holdings, Inc.**

*\* To be admitted pro hac vice*